UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| GARY BRANDON HAMRE, #862271, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-00881-OLG |
| LANDSCAPER RICK LEAL and IRS AGENT MALCOM MORGAN, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that to the extent Plaintiff Gary Brandon Hamre seeks recovery pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) against Defendant IRS Agent Malcom Morgan in his official capacity, such claims are **DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION**. *See* U.S. CONST. amend. XI.

**IT IS FURTHER ORDERED** that Plaintiff Gary Brandon Hamre's remaining claims against Defendants Landscaper Rick Leal and IRS Agent Malcom Morgan are **DISMISSED WITH PREJUDICE** as frivolous, malicious, and/or for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i, ii), 1915A(b)(1).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is **SO ORDERED**.

**SIGNED** this 21 day of August, 2024.

_____
ORLANDO L. GARCIA
United States District Judge